**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE WALT DISNEY COMPANY STOCKHOLDER DERIVATIVE LITIGATION, | Lead Case No.: 2:23-cv-06389-CBM-ASx |
| This Document Relates To:<br><br>ALL ACTIONS. | **ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS [90]** |
| BALRAJ PAUL, MONTINI FAMILY TRUST, and DOROTHY KETO, Derivatively on Behalf of THE WALT DISNEY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT A. IGER, ROBERT A. CHAPEK, CHRISTINE M. MCCARTHY, KAREEM DANIEL, SUSAN E. ARNOLD, MARY T. BARRA, SAFRA A. CATZ, AMY L. CHANG, FRANCIS A. DESOUZA, CAROLYN N. EVERSON, MICHAEL B.G. FROMAN, MARIA ELENA LAGOMASINO, CALVIN R. MCDONALD, MARK G. PARKER, and DERICA W. RICE,<br><br>Defendants,<br><br>and<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 2:25-cv-10975-CBM-ASx |

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The Order Granting the Joint Request to Amend Order re Stipulation to Stay Case [76] entered in *In re The Walt Disney Company Stockholder Derivative Litigation*, Lead Case No. 2:23-cv-06389-CBM-ASx (C.D. Cal.) (the "Consolidated Action") ("Stay Order") is temporarily lifted solely for the limited purpose of the filing of, and the Court's ruling on, the parties' Joint Stipulation to Consolidate Related Shareholder Derivative Action dated December 31, 2025.

2. The action *Paul, et al. v. Iger, et al.*, Case No. 2:25-cv-10975-CBM (ASx) (C.D. Cal.) (the "*Paul* Action") is hereby consolidated into the Consolidated Action for all purposes, including pre-trial proceedings and trial, and the terms of the Stay Order shall continue to be in effect.

3. Pursuant to Federal Rule of Civil Procedure 4(d), defendants, through their counsel, hereby agree to accept and waive service of the Complaint filed in the *Paul* Action on behalf of all defendants named in the *Paul* Action.

4. All other proceedings formerly pending separately in the *Paul* Action, including defendants' obligation to respond to any complaint in the *Paul* Action, are held in abeyance and shall not advance unless and until the Stay Order is lifted.

DATED: January 14, 2025

_____
The Hon. Consuelo B. Marshall
United States District Judge

- 1 -